| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:12CR20303-02-JPM |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:15-00171 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Western District of TN | DIVISION Memphis |
|---|---|---|
| David Claybrook<br>Nashville, TN | NAME OF SENTENCING JUDGE Honorable Senior Judge Jon Phipps McCalla | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/5/2015 — TO 6/4/2017 |

OFFENSE
21 U.S.C. § 846 and § 841(b)(1)(D) Conspiracy to Possess with Intent to Distribute and Distribution of Marijuana

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee (Nashville) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Sept. 21, 2015
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE(NASHVILLE)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-8-15
*Effective Date*

*United States District Judge*